UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELLINGTON MANAGEMENT GROUP, LLC, et al.,

            Plaintiffs,

-against-

AMERIQUEST MORTGAGE CO., et al.,
            Defendants.
------------------------------------------------------------X

09 CIVIL 0416 (JSR)

## JUDGMENT

    Defendants having renewed their motion to dismiss the action in its entirety, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on September 28, 2009, having rendered its Memorandum Order dismissing all claims in the amended complaint, and directing the Clerk of the Court to enter final judgment dismissing the federal claims with prejudice and dismissing the state law claims without prejudice to refiling in state court, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 28, 2009, all claims in the amended complaint are dismissed; the federal claims are dismissed with prejudice and the state law claims are dismissed without prejudice to refiling in state court.

**Dated:** New York, New York
        September 30, 2009

                                        J. MICHAEL McMAHON
                                          Clerk of Court

                 BY:

                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____